EXHIBIT "A"

FILED: BRONX COUNTY CLERK 03/04/2022 03:36 PM
NYSCEF DOC. NO. 8

INDEX NO. 816649/2021E
RECEIVED NYSCEF: 03/04/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X
LUIS A. PUENTE,

                        Plaintiff,

    - against -

A. DUIE PYLE, INC. and JOHN DOE, name being
fictitious and intended to be the operator of the
vehicle owned by A. DUIE PYLE, INC.,

                        Defendants.
---------------------------------------------------------------X

Index No.: 816649/2021E

**NOTICE TO ADMIT**

**PLEASE TAKE NOTICE**, that you are hereby requested, pursuant to Section §3123 of the CPLR, to give the undersigned, within twenty (20) days after the service hereof, a written admission of the following relevant matters of fact:

1. That the amount of damages sought by the plaintiff, LUIS A. PUENTE, is greater than Seventy-Five Thousand ($75,000.00) Dollars.

Dated: Huntington, NY
           March 4, 2022

                                      SOBEL PEVZNER, LLC

                              By: _____
                                      DAVID M. GOLDMAN
                                      ***Attorneys for Defendant:***
                                      ***A. DUIE PYLE, INC.***
                                      464 New York Avenue, Suite 100
                                      Huntington, New York 11743
                                      Tel: 631-549-4677
                                      File No.: DP-15734

TO:    Igor Tarasov, Esq.
        LAW OFFICES OF TARASOV & ASSOCIATES
        ***Attorneys for Plaintiff:***
        ***LUIS A. PUENTE***
        2566 – 86th Street – Suite 2
        Brooklyn, NY 11214
        Tel: 718-368-0690

FILED: BRONX COUNTY CLERK 03/04/2022 03:36 PM
NYSCEF DOC. NO. 9

INDEX NO. 816649/2021E
RECEIVED NYSCEF: 03/04/2022

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                           ss.:    **Index No.: 816649/2021E**
COUNTY OF SUFFOLK )

I, LISA M. LANG, being sworn, states: I am not a party to the within action, am over 18 years of age and reside in East Northport, Suffolk County, New York.

On March 4, 2022, I served the within **NOTICE TO ADMIT** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name;

**AND** by using the NYSCEF system, which sent notification of such filing to the following:

TO:    Igor Tarasov, Esq.
         LAW OFFICES OF TARASOV & ASSOCIATES
         *Attorneys for Plaintiff:*
         **LUIS A. PUENTE**
         2566 – 86th Street – Suite 2
         Brooklyn, NY 11214
         Tel: 718-368-0690

                                                                 LISA M. LANG

Sworn to before me this
4th day of March, 2022.

_Janice Mauro-Douglass_
Notary Public

JANICE MAURO-DOUGLASS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 4878549
Qualified in Suffolk County
Commission Expires November 24, 2022

FILED: BRONX COUNTY CLERK 03/04/2022 03:36 PM
NYSCEF DOC. NO. 9

INDEX NO. 816649/2021E
RECEIVED NYSCEF: 03/04/2022

Index No.: 816649/2021E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

LUIS A. PUENTE,

                Plaintiff,

- against -

A. DUIE PYLE, INC. and JOHN DOE, name being fictitious and intended to be the operator of the vehicle owned by A. DUIE PYLE, INC.,

                Defendants.

## NOTICE TO ADMIT

Signature (Rule 130-1.1-a)

*David M. Goldman*

DAVID M. GOLDMAN

## SOBEL PEVZNER, LLC

*Attorneys for Defendant:*
*A. DUIE PYLE, INC.*
464 New York Avenue, Suite 100
Huntington, New York 11743
Office    (631) 549-4677
Facsimile (631) 549-0826
File No.: DP-15734