

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**DAVID M. GOLDMAN, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677 – Ext. 208
Fax (631) 549-0826
DGoldman@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

September 13, 2022

***Via PACER - ECF***

Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street – Room 2260
New York, NY 10007

    Re:    *Luis A. Puente v. A. Duie Pyle, Inc. and John Doe*
           Civil Action No.:    1:22-cv-5780 (RA)
           File No.:           DP-CF-15734

Dear Honorable Judge Abrams:

    Our office represents the defendant, A. Duie Pyle, Inc., in the above-entitled matter.

    Unfortunately, sadly, my mother passed away yesterday. I will not be available for the initial status conference currently scheduled for this coming Friday, September 16, 2022, at 4:45 pm.

    Respectfully, I am requesting the conference be adjourned to any afternoon starting with September 22, 2022, that is convenient for the Court.

    Thank you for your kind understanding and courtesy at this difficult time.

Very truly yours,

SOBEL PEVZNER, LLC

DAVID M. GOLDMAN

DMG/lh
cc:    Law Offices of Aleksandr Vakarev *(Via ECF)*
       *Attorneys for Plaintiff*

Application granted.

My condolences to Mr. Goldman. The initial status conference is hereby adjourned to September 23, 2022 at 2:45pm.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/14/22