UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. PUENTE,<br><br>                Plaintiff,<br><br>      v.<br><br>A. DUIE PYLE, INC. and JOHN DOE,<br><br>                Defendants. | No. 22-cv-5780 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    Due to a conflict, the post-discovery conference in this matter is hereby rescheduled to February 10, 2023 at 3:30 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. The parties shall file their joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts have been made to settle the action, by no later than February 6, 2023.

    Should this present a scheduling conflict for either party, they may make an application to the Court by letter requesting that the conference be adjourned.

SO ORDERED.

Dated:    February 2, 2023
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge